No. 81–5436.   ROGERS *v.* MICHIGAN.   Ct. App. Mich. Certiorari denied.

No. 81–5439.   HILL *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 81–5443.   ZATKO *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 81–5444.   ZATKO *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 81–5447.   FOX *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–5448.   JACKSON *v.* GARRISON, WARDEN, ET AL. C. A. 4th Cir.   Certiorari denied.

No. 81–5451.   MAGEE *v.* DEUKMEJIAN, ATTORNEY GENERAL OF CALIFORNIA, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–5452.   TANNER *v.* WARDEN, MARYLAND PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 81–5456.   HERRON *v.* PENDLETON, SABIAN & CRAFT ET AL.   Sup. Ct. Colo.   Certiorari denied.

No. 81–5530.   HEIMERLE *v.* SMITH, ATTORNEY GENERAL, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–5535.   SMITH *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–5542.   THOMAS *v.* STRICKLAND, SUPERINTENDENT, LORTON REFORMATORY.   Ct. App. D. C.   Certiorari denied.